UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Hugo Chaves )
Prose

Plaintiff )

v. )

Case No. 3:22-CV-261
Varlan/McCook

United State Department of Education & )
<u>University of Tennessee Knoxville</u>

Defendant )

## COMPLAINT

1. Jurisdiction. The Plaintiff is a citizen of Tennessee.

2. The among of controversy, without cost and interest ($551,198.01) excess the sum or value specified by 28 U.S.C. 1332

3. Plaintiff, Hugo Chaves, here on, Plaintiff or "The student" resides at 8939 Colchester Ridge Rd, Concord, TN 37922 phone (865) 566 1865

4. Defendant, United States Department of Education, here on DE, its business's office is located 400 Maryland Avenue, SW Washington, D.C. 20202, and University of Tennessee Knoxville, here on UT, is located at 1331 Circle Park Dr. 105 Student Services Building, Knoxville, TN 37996

5. DE is represented by UT for Federal student loans.

6. Short and plain statement. UT gives misleading information and denies transcripts or transfers to the student and blocks the student account.

7. Because of that, the Plaintiff can't continue studying.



Hugo Chaves
ProSe
(865) 566 1865
hugone_01@hotmail.com
Notification address: 8939 Colchester Ridge Rd, Concord TN 37922